**IT IS SO ORDERED.**

**SIGNED THIS: July 20, 2011**

_____
**MARY P. GORMAN**
**UNITED STATES BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

IN RE:

DAVID J. KIEL
DEBRA D. KIEL

DEBTOR(S),

Case No.  11 B 70995

Chapter 13

Judge Mary P. Gorman

### ORDER MODIFYING THE AUTOMATIC STAY

    **THIS CAUSE** coming on to be heard on the motion of U.S. BANK, NATIONAL ASSOCIATION (hereinafter "Creditor") for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

**WHEREFORE, IT IS HEREBY ORDERED:**

(1)   Pursuant to 11 U.S.C., §362(d), that U.S. BANK, NATIONAL ASSOCIATION its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. §362(a) by modifying said stay to permit them to pursue their state court remedies as to the property commonly known as 103 Bel Haven Drive, Taylorville, IL.

( 2) Rule 4001(a)(3) is not applicable and U.S. BANK, NATIONAL ASSOCIATION may immediately enforce and implement this order granting relief from the automatic stay.

**NOTICE TO THE STANDING TRUSTEE:**   The claim of U.S. Bank, National Association is hereby withdrawn.  No further payments are to be disbursed to Creditor on its Proof of Claim.

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A File No. (14-11-09885)**

###